1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   DE'ANDRE IVISON WESTON,                    1:24-cv-00638-KES-HBK (PC)

12              Plaintiff,                       ORDER RECALLING FINDINGS AND
                                                 RECOMMENDATION
13        v.
                                                 (Doc. No. 5)
14   DR. JOANNA,
                                                 ORDER DEFERRING RULING ON
15              Defendant.                       APPLICATION TO PROCEED
                                                 *IN FORMA PAUPERIS*
16
                                                 (Doc. No. 7)
17

18        Plaintiff De'Andre Ivison Weston initiated this action by filing a pro se civil rights

19   complaint under 42 U.S.C. § 1983 on May 30, 2024 while detained in the Lerdo Pre-Trial

20   Facility.   (Doc. No. 1).  On July 22, 2024, the Court issued Findings and Recommendations to

21   dismiss this action after Plaintiff failed to timely respond to the Court's June 3, 2024 Order by

22   either paying the filing fee or applying to proceed *in forma pauperis*.  (Doc. No. 5, "F&R").

23        In response to the Court's July 22, 2024 F&R, Plaintiff submitted an application to

24   proceed *in forma pauperis* under 28 U.S.C. § 1915 on August 2, 2024.  (Doc. No. 7).  Plaintiff's

25   application, however, fails to comply with § 1915(a)(1)(2).  Specifically, in addition to filing an

26   affidavit of indigency, a prisoner "shall submit a certified copy of the trust fund account statement

27   (or institutional equivalent) for the prisoner for the 6-month period immediately proceeding the

28   filing of the complaint . . . obtained from the appropriate official of each prison at which the

                                                   1

1   prisoner is or was confined." *Id.*  Here, Plaintiff did not submit a 6-month trust fund statement

2   and the "Certificate" portion of Plaintiff's IFP application is blank and was not completed and

3   certified by an authorized official.  (*See* Doc. No. 7 at 2).  The Court will recall the July 22, 2024

4   F&R and afford Plaintiff one final opportunity to either pay the filing fee or submit a fully

5   completed application to proceed *in forma pauperis.*

6          Accordingly, it is **ORDERED**:

7      1.     The Court recalls its July 22, 2024 Findings and Recommendation (Doc. No. 5).

8      2.     The Court defers ruling on motion to proceed *in forma pauperis* (Doc. No. 7).

9      3.     **Within twenty-one (21) days of receipt** of this order, Plaintiff shall either: (1)

10             complete the attached application to proceed *in forma pauperis* in its entirety by

11             having an authorized correctional official complete the "Certificate" section of the

12             application, or by file a prison trust account statement reflecting the 6 months of

13             transactions preceding the filing of the complaint; or (2) pay the $405.00 filing fee

14             for this action.

15     4.     Absent good cause, the Court will not grant any motions for extension of time.

16     5.     Failure to comply with this order will result in a recommendation that this action

17             be dismissed for failure to prosecute and/or comply with the court's orders.

18     6.     The Clerk is directed to include a blank application to proceed *in forma pauperis*

19             with this order.

20

21   Dated:    August 4, 2024

22                                              HELENA M. BARCH-KUCHTA
                                                UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28