UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DE'ANDRE IVISON WESTON,

          Plaintiff,

    v.

JOANA MOTIU,

          Defendant.

Case No.  1:24−cv−00638−KES-HBK

ORDER FINDING DEFENDANT'S MOTION TO DISMISS MOOT

(Doc. 31)

Plaintiff De'Andre Ivison Weston initiated this action by filing a pro se civil rights complaint under 42 U.S.C. § 1983 on May 30, 2024, while detained in the Lerdo Pre-Trial Facility.  On October 1, 2025, Defendant filed a motion to dismiss Plaintiff's Eighth Amendment claim in his First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) prior to proper service of the First Amended Complaint.  (Doc. 31, "the October motion").  After the Court redirected service upon Defendant, Defendant filed a second motion to dismiss Plaintiff's Eighth Amendment claim in his First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) on January 19, 2026.  (Doc. 38, the January motion").  Because the motions are virtually identical, the Court finds Defendant's October motion mooted by Defendant's January motion.

Per Local Rule, Plaintiff has twenty-one (21) days after service to file an opposition to Defendant's motion to dismiss.  Local Rule 230(l).  Further, a "failure to file a timely opposition

may also be construed by the Court as a non-opposition to the motion."  Local Rule 230(c) (E.D. Cal.); *see, e.g., Robertson v. Cal. Dep't of State Hosps.-Sacramento*, 2023 WL 8190856, at *1 (E.D. Cal. Nov. 27, 2023) (noting that "a Court may dismiss an action for a plaintiff's failure to oppose a motion to dismiss, where the applicable local rule determines that failure to oppose a motion will be deemed a waiver of opposition.").

On January 26, 2026, the Kern County Sheriff advised the Court that Plaintiff was released on November 30, 2025 from their custody and no further payments toward the filing fee could be made.  (Doc. 39).  Thereafter, on January 30, 2026, Defendant filed a notice stating that they attempted to serve Plaintiff with the motion to dismiss on January 28, 2026 but the motion was returned from the Lerdo-Pretrial Facility with no forwarding address.  (Doc. 40).  Defendant requests guidance from the Court on how to proceed.  (Doc. 40).

A review of the docket reveals that consistent with this Court's Local Rules and the Court's First Informational Order,[1] Plaintiff filed a notice of change of address on December 12, 2025.  (Doc. 36).  According to the notice, Plaintiff's new address of record is:

De'Andre Ivison Weston
2308951/ CC-4509
WASCO STATE PRISON (7700)
P.O. BOX 7700
WASCO, CA 93280-7700

Thus, Defendant should re-serve the January 19, 2026 motion to dismiss on Plaintiff at the above address.

Accordingly, it is hereby **ORDERED**:

1.  Defendant's October 1, 2025 motion to dismiss (Doc. 31) is deemed mooted by her January 19, 2026 motion to dismiss.

---

[1] . In its First Informational Order issued May 30, 2024. (Doc. 2) the Court apprised Plaintiff that its Local Rules require pro se litigants to keep the Court and opposing parties apprised of their current address. Local Rule 182(f).  The Court further warned Plaintiff that consistent with Local Rule 183(b):

If mail directed to a pro se plaintiff at the address of record is returned by the United States Postal Service as undeliverable, the order will not be re−served a second time absent a notice of change of address. If a pro se plaintiff's address is not updated within sixty−three (63) days[1] of mail being returned as undeliverable, the case will be dismissed for failure to prosecute.

2. Defendant shall reattempt service of the January 19, 2026 motion to dismiss on Plaintiff at his current address of record.

3. Plaintiff has twenty-one (21) days <u>after</u> <u>service</u> to file an opposition to Defendant's motion to dismiss.  Local Rule 230(l).  Further, a "failure to file a timely opposition may also be construed by the Court as a non-opposition to the motion."  Local Rule 230(c).

Dated:    February 6, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

3