UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'ANDRE IVISON WESTON,<br>Plaintiff,<br><br>v.<br><br>JOANA MOTIU, D.D.S.,<br>Defendant. | 1:24-cv-00638-HBK (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE WITNESS DE'ANDRE IVISON WESTON, CD # CC-4509, BY ZOOM VIDEO CONFERENCE<br><br>DATE: November 12, 2026<br>TIME: 1:00 p.m. |

De'Andre Ivison Weston, CD # CC-4509, who is a necessary and material witness in the settlement conference in this case on November 12, 2026, is confined at High Desert State Prison (3030), P.O. Box 3030, Susanville, CA 96127-3030, in the custody of the Warden. To secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear inmate before Magistrate Erica P. Grosjean, by Zoom video conference from his place of confinement, on November 12, 2026, at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, and the inmate's necessary legal papers, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at High Desert State Prison at (530) 251-5072 or via email at CDCRHDSPLitigationCoordinator@cdcr.ca.gov.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Felicia Navarro, Courtroom Deputy, at fnavarro@caed.uscourts.gov.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Warden OR Sheriff of High Desert State Prison (3030), P.O. Box 3030, Susanville, CA 96127-3030

WE COMMAND you produce the inmate named above to testify before Magistrate Judge Erica P. Grosjean at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

FURTHER, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: October 8, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE